**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10306 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00339-PGR |
| v. | |
| RONALDO ADOLFO MENDEZ-MARTINEZ, a.k.a. Carlos Alberto Gutierrez, a.k.a. Felipe Lopez, a.k.a. Phillip S. Lopez, a.k.a. Ronald Adolfo Mendez-Martinez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Paul G. Rosenblatt, District Judge, Presiding

Submitted July 12, 2011[**]

Before:     SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Ronaldo Adolfo Mendez-Martinez appeals from his guilty-plea conviction

and the 52-month sentence for illegal re-entry after deportation, in violation of 8

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1326.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Mendez-Martinez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided the appellant with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

In light of this court's recent decision in *Reina-Rodriguez v. United States*, -- F.3d --, 2011 WL 2465462 (June 22, 2011), we remand to the district court so that, using judicially noticeable documents, the district court can apply a modified categorical approach in determining whether Mendez-Martinez was necessarily convicted of or pleaded guilty to a drug trafficking offense with respect to his conviction under Ariz. Rev. Stat. § 13-3405.  *Shepard v. United States*, 544 U.S. 13, 16 (2005); *Taylor v. United States*, 495 U.S. 575, 602 (1990).

The motion of Alex D. Gonzalez, 2300 W. Ray Road, Suite 1, Chandler, AZ 85224, to withdraw as counsel is **GRANTED**.  The district court is instructed to appoint new counsel.

**VACATED** and **REMANDED**.